[No. 5943-0-III. Division Three. June 27, 1985.]

GEORGE H. GANNON, JR., *Appellant*, v. GEORGE H.
GANNON, SR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 78-2-01931-4, Blaine Hopp, Jr., J.,

entered June 24, 1983. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.